

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-14-00145-CV

**IN THE GUARDIANSHIP ESTATE OF MARIA I. RODRIGUEZ**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2639
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Justice
       Marialyn Barnard, Justice
       Rebeca C. Martinez, Justice

Appellant's brief is not due until August 18, 2014. On July 22, 2014, appellant filed a pro se appellate brief that does not comply with the Texas Rules of Appellate Procedure because it does not provide appropriate citations to the clerk's record. *See* TEX. R. APP. P. 38.1(d), (g), (i). An appellant's brief must "contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." TEX. R. APP. P. 38.1(i). Further, to the extent appellant's appendix contains documents that are not part of the clerk's record, this court will not consider those documents. Appellant is referred to Texas Rule of Appellate Procedure 38.1(k) for guidance on what to include in an appendix.

Substantial compliance with Rule 38 is sufficient. TEX. R. APP. P. 38.9. However, if Rule 38 has been flagrantly violated, this court may require a brief to be amended, supplemented, or redrawn. TEX. R. APP. P. 38.9(a). If another noncomplying brief is filed, the court may strike the brief, prohibit the party from filing another, and proceed as if the party had failed to file a brief. *Id.* If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

Because appellant's brief does not comply with Rules 9.4 or 38.1, appellant is hereby ORDERED to file an amended brief that complies with these rules <u>no later than August 18, 2014</u>. If appellant fails to file a brief that complies with the rules by August 18, 2014, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

If appellant files an amended brief that conforms with the rules, the due date for appellee's brief will be reset.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

Keith E. Hottle
Clerk of Court